UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBER COOK, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>GAMESTOP, INC.,<br><br>  Defendant. | Civil Action<br><br>No.: 2:22-cv-01292-NR |

### DEFENDANT GAMESTOP, INC.'S MOTION TO DISMISS

Defendant GameStop, Inc., by and through its undersigned counsel, respectfully moves to dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  The grounds for this Motion are set forth in GameStop's Memorandum of Law filed contemporaneously herewith.

Dated:  January 16, 2023

Respectfully submitted,

By: /s/ Jeffrey Landis
    Jeffrey Landis (*pro hac vice*)
    ZWILLGEN PLLC
    1900 M Street NW, Suite 250
    Washington, DC 20036
    Telephone: (202) 296-3585
    jeff@zwillgen.com

    Sheri B. Pan (*pro hac vice*)
    ZWILLGEN PLLC
    183 Madison Avenue, Suite 1504
    New York, NY 10016
    Telephone: (646) 362-5590
    sheri@zwillgen.com

William J. Wyrick
CAFARDI FERGUSON WYRICK
WEIS + GABRIEL LLC.
2605 Nicholson Road, Suite 2201
Sewickley, PA 15143
Telephone: 412-515-8900
wwyrick@cfwwg.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2023, a true and correct copy of the foregoing **DEFENDANT GAMESTOP, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of Court for the Western District of Pennsylvania using the Court's CM/ECF Court Filing system, which will send notification of such filing to all registered counsel of record.

        /s/ Jeffrey Landis
        Jeffrey Landis