## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMBER COOK, individually and on       )
behalf of all others similarly situated,   )
                                       )   2:22-cv-1292
                                       )
          Plaintiff,                   )
                                       )
     v.                                )
                                       )
GAMESTOP, INC.,                        )
                                       )
          Defendant.                   )

### ORDER

**AND NOW**, this **28th day of August, 2023**, it is **HEREBY ORDERED** that Defendant GameStop, Inc.'s motion to dismiss (ECF 25) is **GRANTED**, and the amended complaint is hereby **DISMISSED WITH PREJUDICE**, for the reasons stated in the Court's accompanying Opinion.  The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge