UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2574
_____

AMBER COOK, individually and on behalf of all others similarly situated,
Appellant

v.

GAMESTOP, INC.
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 2:22-cv-01292)
District Judge: Honorable J. Nicholas Ranjan
_____

Argued April 9, 2025
Before: HARDIMAN, PORTER, and FISHER, *Circuit Judges.*
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued on April 9, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the District Court's judgment entered August 28, 2023, is hereby modified to be without prejudice and, as modified, AFFIRMED. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellant.

Attest:
s/ Patricia S. Dodszuweit
Clerk

Dated: August 7, 2025